# Court of Appeals
# of the State of Georgia

ATLANTA,  September 11, 2023

*The Court of Appeals hereby passes the following order:*

**A24A0186. LOUISE BIGGERS v. EXETER FINANCE, LLC.**

Exeter Finance, LLC filed a complaint for a temporary restraining order and interlocutory and permanent injunction against Louise Biggers. The superior court entered an interlocutory injunction against Biggers on May 19, 2023; on July 24, 2023, she filed a notice of appeal from that order. Pretermitting whether Biggers' pro se appeal was otherwise proper, this Court lacks jurisdiction because her notice of appeal was untimely.

A notice of appeal must be filed within 30 days of entry of an appealable order. OCGA § 5-6-38 (a). "The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court." *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721, 721 (482 SE2d 704) (1997). Here, Biggers filed her notice of appeal 66 days after entry of the trial court's order. Thus, this appeal is untimely and is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  09/11/2023*
  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
                                        , *Clerk.*